Plaintiff CPL Patrick Olivier U.S. Marine Corps P.O. Box 614 Church Point, La 70525

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL - 8 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

6:13-CV-2237

Defendent Steve Kelly Veterans Service Officer Regional Office 1250 Poydras St Suite 200 New Orleans La 70113

Defendent Veterans Administration Regional Office 1250 Poydras St Suite 200 New Orleans Louisiana 70113

Clerk of Court
Western District of Louisiana
Lafayette Louisiana

Plaintiff Patrick Olivier C.P.L. filed a law suit against Defendent Steve Kelly 2012 it was dismiss because of Jurisdistion I did not have to pay Court Cost for 2012 but if I have to pay Court Cost for 2013 can I make arrangment to Pay by the month I get my check I would appreecite it very much, Thank You. 24 years is long time to wait for my well derserve Service Connected Disabl

Plaintiff C. Pct., Patrick Olivier U S Marine Corps

1-1965, Louisiana Public Health Service Hospital New Orleans La Broke teeth Irregular Hart Beat

2 1965 Krotz Spring La Head on Colision head injury Chest Injury

3 1967 New Orleans Examine Station Head injury Chest Injury Sent me Home

4 1968 New Orleans Examine Station Rejected Chest muscalure Pains Failed Eye Vision Pass Red Green Failed Hearing mark unfit than Qualified for the Marine Corps

5 1969 Edson range California Stress fracture both heel

6 1969 Camp Pendleton California Strauging of the left Heart Border Pneumonia

7. 1969 Marine Corps Recruit Depot Pleuritic Pain

Plaintiff C.P.L. Patrick Olivier United States Marine Corps Disable Vet Nam Era Veterans

8-1969 Camp Pendleton California Frequent Premature Contraction

9-1970 Camp Lejeune North Carolina Toxic Water

10-1974 Honorable Discharge DD 214

11. 1982 Alexandria Louisiana Veterans Hospital Heart attack

12-1987 Lafayette La. Back Surgery Artogram Burning Feet Both Cavus Feet Both

13 1989 New Orleans La. Spiney from Board of Veterans Appeal Denied

14-1983 Opelousa both knees Scope Both

15-2007 Cataract Surgery Opelouse Left Eye

16 2003 Cataret Surgery Opelousas Right Eye

23. 1970 Napon Exposure Frost Bith Both legs Feet Georiga

24 2005 Blindness with 2 finger count

25-2005 100% Percent Penison Aid and attendance Pay Somebody to take care of me fix my need fix my food take a Bath

Plaintiff CPL Patrick Olivier United States Marine Viet Nam Disable Veterans

26-1980 MRI Mra Alexandria VA found fluid on my Braine

27 1981 Found I had a touch Parkinsion Alexandria Veterans Hospital

28-2013 Your Honorable Dudge I know you are a Good Judge you know what to do on that Court Room they wouldnot have you there if you didnot know what you were doing you must be kind and understading I ask you Honorable Judge Please look at my medical records see 44 years of mistreated I was And Please I ask you from My heart Please Rule in my favor So I get this claim settle Thank you you will always Bein my Praia

CPL Patrick Olivier

C.P.L, Patrick Oliver United States Marine Disable Viet Nam Era Veterans
P.O. Box 614 Church Point, La 70525

Your Honorable Judge I asking you to Grant me 50 % Percent Service Connected Disable and Back Pay from 10 Sept 1968 through Sept 10 2013. The reasons for that I was wrongfully inducted into the Service by William Cole Jr. and mistread by the military for not medical discharge me when I hurt my feet Both and Mr. Spivey from Board of Appeal from Washington D.C. and Towler wind he call me to go to New Orleans La He did not tell me to Get my Medical Records and bring them with me When I go in front of the Board of Veterans Appeal that why I was Dieny Your Honorable Judge You can set the thing straight and rule in my favor Thanks Your Honorable Judge I see You Court. God Bless You I will keep you in my Prayer Sorry bout the Handwriting C.P.O. Patrick Oliver